In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-367 CV


____________________



ECOWATER INDUSTRIES, LLC, Appellant



V.



JOSE HERNANDEZ, Appellee






On Appeal from the 136th District Court


Jefferson County, Texas


Trial Cause No. D-174,380






MEMORANDUM OPINION


 The appellant, EcoWater Industries, LLC, filed a motion to dismiss this appeal. The
motion is voluntarily made by the appellant prior to any decision of this Court and should be
granted. Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. The motion to
dismiss is granted and the appeal is dismissed.

 APPEAL DISMISSED.


 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered November 29,2007



Before Gaultney, Kreger and Horton, JJ.